**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                              **Case No.   05-CR-107**

**DEMARIUS DEAN, and**
**DARNELL ELLIS,**

      **Defendants.**

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of plea agreements, and in consideration of the guilty pleas of the above-named defendants to Count One of the Indictment, defendants Demarius Dean and Darnell Ellis agree to the forfeiture of their interest in property named in the forfeiture provision of the Indictment filed April 12, 2005;

IT IS HEREBY ORDERED that any right, title and interest of the defendants in a Glock model 22, .40 caliber pistol with serial number AUK746US, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the above item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the

Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 2nd day of February, 2005.


s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
UNITED STATES DISTRICT JUDGE