UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

  vs.                                                              Case No. 05-CR-107

DEMARIUS DEAN and
DARNELL ELLIS,

       Defendants.

## FINAL ORDER AND JUDGMENT

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Mario F. Gonzales, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

IT IS ORDERED, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

    1.    One Glock model 22, .40 caliber pistol with serial number AUK746US.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2006.

                                                  s/ Rudolph T. Randa
                                                  HON. RUDOLPH T. RANDA
                                                  Chief United States District Judge